■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DONOHUE, Appellant

Concur — Stevens, J. P., Capozzoli, Rabin, McNally and Bastow, JJ.

■ WILLIAM DOOLEY, Appellant, v. LOUISE FLAVEL, Respondent

Concur — Botein, P. J., Stevens, Steuer, McNally and McGivern, JJ.

■ SOCRATES LIOSIS et al., Individually, and as Copartners, Doing Business under the Name of ATHENS LIQUOR STORE, Respondents, v. TASOS MARATOS, Individually, and Doing Business under the Name of ATHENIAN LIQUOR STORE, Appellant

Concur — Botein, P. J., Stevens, Steuer, McNally and McGivern, JJ.